## Peach *v.* Grubbs.

*Allowance of Claim Against Receiver.*

(Decided Jan. 30, 1906, 40 So. Rep. 110.)

APPEAL from Barbour Chancery Court.
Heard before Hon. W. L. PARKS.

PEACH & THOMAS and A. H. MERRILL, for appellant.

A. A. McDONALD, CLAYTON & CLAYTON and W. C. SWANSON, for appellee.

Affirmed.

Opinion by SIMPSON, J.

All the justices concur.

---

# Mayor, etc. of Birmingham *et al. v.* McCormack.

*Bill to Quiet Title.*

(Decided Jan. 30, 1906, 40 So. Rep. 111.)

APPEAL from Jefferson Chancery Court.
Heard before Hon. A. H. BENNERS.

E. D. SMITH, for appellant.

A. O. LANE, for appellee.

Reversed and remanded.

Opinion by SIMPSON, J.

TYSON, DOWDELL and ANDERSON, JJ., concur.

---

## Bledsoe *v.* Jones.

*Bill to Foreclose Mortgage.*

(Decided Jan. 31, 1906, 40 So. Rep. 111.)

APPEAL from Marengo Chancery Court.
Heard before Hon. THOMAS H. SMITH.

WILLIAM CUNNINGHAM, for appellant.

ABRAHAM & CANTERBURY, for appellee.

Affirmed.

Opinion by TYSON, J.

DOWDELL, SIMPSON and DENSON, JJ., concur.